UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELE DODD, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01321-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 17) |

　　　　Plaintiff Marcus J. Moore is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 22, 2022, the Magistrate Judge issued findings and recommendations recommending that this case be dismissed due to Plaintiff's failure to state a claim upon which relief may be granted.  (ECF No. 17.)  The findings and recommendations were served on Plaintiff and contained a fourteen-day deadline by which Plaintiff could file objections.  (*Id.*)  Over four months have now passed, and Plaintiff has not filed objections or communicated with the Court in any way.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued November 22, 2022, (ECF No. 17), are adopted in full;

2. This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 30, 2023

UNITED STATES DISTRICT JUDGE

2